UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROD BROWN,

                  Plaintiff,

      - against -

C. DOERR, et al.,

                  Defendants.

**ORDER**

09 Civ. 4190 (RJS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on February 2, 2010,

**IT IS HEREBY ORDERED** that the deadline for completion of discovery is extended from January 31, 2010, to **March 10, 2010.** A status conference is set for **March 11, 2010,** at **10:00 a.m.** in Courtroom 18D, 500 Pearl Street.

No request for adjournment will be considered unless made **three business days** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 2nd day of February 2010**
New York, New York

                                            The Honorable Ronald L. Ellis
                                            United States Magistrate Judge